KAREN P. HEWITT
United States Attorney
CARLOS O. CANTU
Special Assistant United States Attorney
Government Attorney
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5766
Facsimile:  (619) 235-2757
Email: carlos.cantu@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1869-BEN |
| | ) | |
| Plaintiff, | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE LUIS MURGUIA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-caption ed case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Carlos O. Cantu

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5        <u>Name</u>

6        None

7    Please call me at the above-listed number if you have any questions about this notice.

8    DATED: August 6, 2008

9                                                Respectfully submitted,

10                                               KAREN P. HEWITT
                                                 United States Attorney

11                                               /s/ *Carlos O. Cantu*

12                                               Carlos O. Cantu
                                                 Special Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Appearance
United States v. Jose Luis Murguia          2                08cr1869-BEN

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF CALIFORNIA

3

4    UNITED STATES OF AMERICA,          )    Case No. 07 CR 1869 BEN
                                        )
5              Plaintiff,               )
                                        )
6         v.                            )
                                        )    **CERTIFICATE OF SERVICE**
7    JOSE LUIS MURGUIA,                 )
                                        )
8                                       )
               Defendant.               )
9    _____)

10   IT IS HEREBY CERTIFIED THAT:

11        I, Carlos O. Cantu, am a citizen of the United States and am at least eighteen years of age.  My

12   business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

13        I am not a party to the above-entitled action.  I have caused service of the Notice of

14   Appearance as lead counsel for the United States, dated August 6, 2008, and this Certificate of

15   Service, dated August 6, 2008, on the following parties by electronically filing the foregoing with

16   the Clerk of the District Court using its ECF System, which electronically notifies them:

17        **John C. Ellis, Esq.**

18        *Attorney for defendant*

19

20        I declare under penalty of perjury that the foregoing is true and correct.

21        Executed on August 6, 2008.

22             /s/ *Carlos O. Cantu*

23             Carlos O. Cantu

24             Special Assistant United States Attorney

25

26

27

28

Notice of Appearance
United States v. Jose Luis Murguia              3                    08cr1869-BEN